M. R. WOOD, *Plaintiff in Error, v.* H. WHITTAKER, SHERIFF OF ESCAMBIA COUNTY, FLORIDA, *Defendant in Error.*

Decision Filed October 18, 1920.

A writ of error to a judgment of the Court of Record in and for the County of Escambia; C. Moreno Jones, Judge.

*Philip D. Beall,* for Plaintiff in Error;

*Van C. Swearingen,* Attorney General, and *D. Stuart Gillis,* Assistant, for Defendant in Error.

PER CURIAM.—This cause having been heretofore submitted to the Court upon a transcript of the record of the judgment aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Court of Record be, and the same is hereby, affirmed.

All concur.